# Third District Court of Appeal

## State of Florida

Opinion filed September 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0968
Lower Tribunal Nos. F05-29247, F06-22915, F14-840
_____

**Randy Thomas,**
Petitioner,

vs.

**State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Randy Thomas, in proper person.

James Uthmeier, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for respondent.

Before FERNANDEZ, MILLER and GOODEN, JJ.

PER CURIAM.

Petitioner Randy Thomas filed a petition for habeas corpus asserting ineffective assistance of appellate counsel. Finding none of his claims meet the standard set forth in Strickland v. Washington, 466 U.S. 668 (1984), we deny the petition. See Rutherford v. Moore, 774 So. 2d 637, 644 (Fla. 2000) ("The failure to raise meritless claims does not render appellate counsel's performance ineffective."); Kokal v. Dugger, 718 So. 2d 138, 142 (Fla. 1998) ("Appellate counsel cannot be faulted for failing to raise a nonmeritorious claim.").